In the Matter of the Estate of PAROVEL NAZARO, Deceased.

WILLIAM V. ELLIOTT, Public Administrator of Kings County, as Administrator of the Estate of PAROVEL NAZARO, Deceased, Appellant; JOHN SINOSICH, Respondent.

Submitted January 20, 1938; decided March 1, 1938.

*Frank Rashap* and *Thomas J. Snee* for appellant.

*Jacob S. Honigsbaum* and *Max Steinberg* for respondent.

Order affirmed, with costs payable out of the fund; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.